[No. 8252–7–II.  Division Two.  November 14, 1986.]

*In the Matter of the Marriage of* JANICE L. PEPIN,
*Respondent, and* BRADLEY J. PEPIN,
*Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83–3–02048–3, William L. Brown, Jr., J., entered October 22, 1984. *Reversed* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Reed, J.

[No. 7928–3–II.  Division Two.  November 14, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT WAYNE HARTLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 83–1–00724–1, J. Dean Morgan, J., entered June 26, 1984. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, A.C.J., and Petrich, J.

[No. 7886–4–II.  Division Two.  November 17, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. KAREN RENEA GAEHRING, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 84–1–00196–8, Thomas L. Lodge, J., entered June 19, 1984. *Affirmed* by unpublished opinion per Reed, A.C.J., concurred in by Petrich and Alexander, JJ.

[No. 16782–1–I.  Division One.  November 17, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. SCOTT ALLEN AYNSLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–00660–3, Rosselle Pekelis, J., entered April 12, 1985. *Dismissed* by unpublished per curiam opinion.